**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **H. JOHN SMITH, et al.,**       ) | |
| ) | 8:11CV206 |
| Plaintiffs,      ) | |
| ) | ORDER |
| v.       ) | |
| ) | |
| **BEATRICE BAKING COMPANY,** ) | |
| ) | |
| Defendant.     ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 6) filed by the defendant Beatrice Baking Company, properly known as Beatrice Bakery Company, stating it filed a Voluntary Petition for Bankruptcy under Title 11 on July 5, 2011. The filing was made in the District of Nebraska and is designated BK11-41828. Upon consideration,

   **IT IS ORDERED:**

   1.   Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

   2.   This case and any pending motions shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

   3.   The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

   DATED this 6th day of July, 2011.

                                                              BY THE COURT:


                                                               s/ Thomas D. Thalken
                                                              United States Magistrate Judge